

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00136-CR
## NO. 02-12-00137-CR

BRADLEY HAROLD ANDREWS                                                    APPELLANT

V.

THE STATE OF TEXAS                                                             STATE

----------

## FROM COUNTY CRIMINAL COURT NO. 1 OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Bradley Harold Andrews filed a pro se notice of appeal from his convictions for assault–family violence. The trial court's certifications for both cases state that "the defendant has waived the right of appeal."[2] On April 9, 2012, we notified Andrews that his appeals may be dismissed unless he or any

---

[1]See Tex. R. App. P. 47.4.

[2]After a jury convicted Andrews of the underlying offense, he waived his right to appeal in exchange for an agreement with the State on punishment.

party desiring to continue the appeals filed a response on or before April 19, 2012, showing grounds for continuing the appeals. Andrews filed a response, but it does not show grounds for continuing the appeals. Therefore, in accordance with the trial court's certifications, we dismiss these appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 24, 2012